*ORIGINAL*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAR # 3 2000

NANCY DOHERTY, CLERK

By _____
Deputy

| | | |
|---|---|---|
| STAN THORNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:98-CV-2577-M |
| VS. | § | (Consolidated with |
| | § | 3:98-CV-1808-M) ENTERED ON DOCKET |
| EEX CORPORATION, et al. | § | |
| | § | |
| | § | MAR 1 4 2000 |
| Defendants. | § | |

U S DISTRICT CLERK'S OFFICE

## ORDER

This civil action was consolidated with Civil Action No. 3:98-CV-1808-M on December 2,

1998.  Accordingly, the clerk of court shall administratively close this civil action for statistical

purposes.

**SO ORDERED**.

March ___13___, 2000.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

*ORDER, Page Solo*

12